**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARLOS ADOLFO MORENO
MARQUEZ,

      Petitioner,

                                       Case No. 3:26-cv-635-TJC-PDB

v.

WARDEN, NORTH FLORIDA
DETENTION FACILITY, et al.,

      Respondents.

---

**O R D E R**

Petitioner Carlos Adolfo Moreno Marquez, a native of Venezuela, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). On July 2, 2026, the Court granted the petition and ordered Federal Respondents to provide Petitioner with an individualized bond hearing. (Doc. 16). The case is now before the Court on Petitioner's Opposed Motion to Enforce Judgment (Doc. 19) and the Government's response thereto. (Doc. 24). The Court has reviewed the parties' papers and materials, including the July 13, 2026 bond hearing transcript, the resulting order from the immigration judge, and the Board of Immigration Appeals (BIA) decisions provided.

The Court rejects the Federal Respondents' view that the Court has no continuing jurisdiction to address compliance with its Order granting the Petition

for Writ of Habeas Corpus. It is true that the immigration judge unnecessarily referenced the "mandatory detention" standard, which the Court has previously rejected. However, the immigration judge took evidence from Petitioner and heard from Petitioner's counsel at the hearing. He then made findings which, while they might have been more detailed, found Petitioner a danger to the community based on his past criminal history and also a flight risk.

While reasonable minds may disagree with these findings, Federal Respondents have adequately complied with the Court's directive that Petitioner be afforded "an individualized bond hearing before an immigration judge." (Doc. 16 at 8). Accordingly, it is hereby

**ORDERED**:

Petitioner Carlos Adolfo Moreno Marquez's Opposed Motion to Enforce Judgment (Doc. 19) is **DENIED**.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of August, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies: Counsel of record

---

[1] The Court emphasizes that this decision is limited strictly to the facts of this case. Any future motions to enforce will be looked at on a case-by-case basis.